# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON A. GONZALEZ, | Case No. 1:14-cv-02090-LJO-SKO |
| Plaintiff, | **ORDER TO FILE IN FORMA PAUPERIS APPLICATION ON FORM PROVIDED WITH ORDER** |
| v. | |
| HERMAN ABALOS, et al., | (Doc. 2) |
| Defendants. | **FORTY-FIVE DAY DEADLINE** |
| _____/ | |

Plaintiff Jason A. Gonzalez, a state prisoner proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983 on December 31, 2014. Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, but the form he used does not include the requisite language acknowledging the fee will be deducted in increments from his trust account if funds are available. Therefore, Plaintiff shall sign and file the application form provided with this order. Plaintiff does not need to have the trust account officer complete the certification or submit a trust account statement.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff the form for application to proceed in forma pauperis by a prisoner used by this court;
2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall sign and file the application to proceed in forma pauperis; and

3. Failure to comply with this order may result in a recommendation to the district court that this action be dismissed.

IT IS SO ORDERED.

Dated:   **January 24, 2015**                    /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE